MIDWEST ACCEPTANCE,
CORPORATION,
Respondent,

v.

Jonathan CLAYTON, Appellant.

No. ED 98069.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 5, 2012.

Jonathan Clayton, St. Charles, MO, pro se.

Patricia A. Flood, Van Dillen and Flood, P.C., St. Louis, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Appellant Jonathan Clayton appeals the judgment of the Circuit Court of St. Louis County, the Honorable Ellen Hannigan Ribaudo presiding. We have reviewed the briefs and the Record on Appeal, and find no error of law in this case. Thus, a written opinion would have no precedential

value. The judgment is affirmed pursuant to Rule 84.16(b).

AFFIRMED.